# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TEESHAWNDRA LENELL NELSON,<br><br>Defendant. | NO. CR07-264-RSM<br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An evidentiary hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on October 4, 2011. The United States was represented by Assistant United States Attorney Vince Lombardi, and the defendant by Jeffrey Grant.

The defendant had been charged and convicted of Bank Fraud, in violation of 18 U.S.C. § 1344. On or about February 15, 2008, defendant was sentenced by the Honorable Ricardo S. Martinez, to a term of 33 months in custody, to be followed by 5 years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in substance abuse and mental health programs, financial disclosure, restitution, submit to search, maintain a single checking account in her name, prohibited from incurring new credit charges or new lines of

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

credit, not obtain or possess any form of license or identification card in any other name, and cooperate with the IRS.

In a Petition for Warrant or Summons, dated September 7, 2011, U.S. Probation Officer Carol A. Chavez asserted the following violations by defendant of the conditions of her supervised release:

1. Using cocaine on or about December 1, and 2, 2010, in violation of the mandatory condition that the defendant refrain from any unlawful use of a controlled substance.

2. Failing to report for drug testing, as directed, on October 20, November 3 and 17, 2010, January 25, 26, 27, February 15, June 9, July 25, 2011, August 23, and September 6, 2011, in violation of the special condition ordering her to participate in drug testing as directed by the probation officer.

3. Failing to submit to drug testing on August 4, 2011, in violation of the special condition ordering her to participate in drug testing as directed by the probation officer.

4. Submitting a dilute sample for urinalysis testing on August 17, 2011, in violation of the special condition ordering her to participate in drug testing as directed by the probation officer.

5. Failed to participate in drug treatment on April 5, 12, 13, and 25, 2011, and May 3, 10, 11, and 23, 2011, in violation of the special condition that she participate in drug treatment as directed.

6. Failure to submit a monthly written report for the months of June and July 2011, in violation of the Standard Condition No. 2 ordering her to submit a written report within the first five days of the month.

On September 21, 2011, defendant made her initial appearance. The defendant was advised the allegations and advised of her rights. On October 4, 2011, this matter came before the Court for an evidentiary hearing. Defendant admitted to violations 1, 2, 3,4, 5 and 6.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of her supervised release as to violations 1, 2, 3, 4, 5 and 6 and that the Court

conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Ricardo S. Martinez on October 7, 2011 at 2:00 p.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 4th day of October, 2011.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: Honorable Ricardo S. Martinez
AUSA: Vince Lombardi
Defendant's attorney: Jeffrey Grant
Probation officer: Carol A. Chavez

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 3